# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JAMES SUMMERS and | § | |
| FELICITAS SUMMERS, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-2205-M-BH |
| | § | |
| LIBERTY SAVINGS BANK, FSB, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion for Summary Judgment*, filed September 9, 2020 (doc. 18) is **GRANTED**, and *Plaintiff/Counter Defendants' Motion for Judgment on the Pleadings*, filed October 8, 2020 (doc. 26) is **DENIED**. By separate judgment, the plaintiffs' claims will be **DISMISSED with prejudice,** and the defendant will be authorized to foreclose on its lien on the real property located at 532 Lea Valley Circle, Coppell, Texas 75019, in accordance with the Note, Deed of Trust, and § 51.002 of the Texas Property Code.

    **SIGNED this 2nd of April, 2021.**

BARBARA M. G. LYNN
CHIEF JUDGE