IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES SUMMERS and <br> FELICITAS SUMMERS, <br>         Plaintiffs, <br> <br> v. <br> <br> LIBERTY SAVINGS BANK, FSB, <br>         Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §    Civil Action No. 3:19-CV-2205-M-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion for New Trial under Fed. R. Civ. P. 59e*, filed April 30, 2021 (doc. 38), is **DENIED**.

SIGNED this 17th day of December, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE